Congress Shoe and Rubber Company v. N. Monroe Marshall.— Motion granted.

George Griffin, Appellant, v. Armond E. Wheaton, Respondent.— Settled.

George L. Jaquish v. George W. Kelly and Others.— Motion denied.

In the Matter of the Claim of Ralph Raymond Moore for Compensation for Injuries, Respondent, v. Lehigh Valley Railroad Company, Employer, Appellant.— Motion granted.

In the Matter of the Claim of Mary Waters, on Behalf of Herself and Others, for Compensation Arising out of the Death of Roger Waters, Deceased, and State Workmen's Compensation Commission, Respondents, v. William J. Taylor Company, Employer, and Another, Appellants. — Award affirmed. All concurred, except Smith, P. J., and Lyon, J., who dissented.

In the Matter of the Claim of Guy Fredenburg, Respondent, for Compensation v. Empire United Railways, Inc., Self-Insurer, Appellant. — Decision amended so as to read as follows: Award of compensation for loss of foot affirmed. Award of compensation for injuries other than the loss of the foot reversed, but without prejudice to the further continuance of the case and to the right of the claimant to make further application to the Commission or to its successor for an award of compensation on account of such other injuries should he be so advised. Opinion by Lyon, J. All concurred. (See 168 App. Div. 618.)

In the Matter of the Claim of Mary Morrissey, Claimant, Respondent, for Compensation for Herself and Children under the Workmen's Compensation Law for the Death of John Morrissey, v. New York Railways Company, Employer and Self-Insurer.— Motion denied.

In the Matter of the Application of Elmer Chase, Petitioner, v. The Village of Otego, New York, Defendant, for the Appointment of Commissioners and Assessment of Damages.— Motion denied.

In the Matter of the Petition of J. Frank Dupont for a Determination of the Amount of Damages Sustained by Him by the Change of Grade of North Main Street in the Village of Port Henry, Essex County, New York.— Motion granted.

In the Matter of the Application of Alice Russell Bennett, Petitioner, v. the Village of Otego, New York, Defendant, for the Appointment of Commissioners and Assessment of Damages.— Motion denied.

Merchants' Line, Appellant, v. The Baltimore and Ohio Railroad Company, Respondent.— Judgment unanimously affirmed, with costs, on the authority of *Sirkin* v. *Fourteenth Street Store* (124 App. Div. 384). Kellogg, J., not sitting.

Dennis Murphy, Respondent, v. New York Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Almon G. Miller v. Bethel Anderson Miller. (2 cases.)— Motions granted by default.